McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

**FILED**
Oct 13, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEIZURE WARRANT CONCERNING:<br><br>**All funds maintained in River City Bank Account Number 711013985 held in the name of Western Baler & Conveyor, Inc., (Operating Account)** | 2:20-SW-0883-AC<br><br>**ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: October 13, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE